UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

WILLIAM R. TIREY
KIMBERLY A. TIREY
               Debtor(s)
_____/

Case No. 10-48263-SR
Chapter 7
Judge: STEVEN W. RHODES

DOUGLAS S. ELLMANN
Chapter 7 Bankruptcy Trustee,
Plaintiff

HSBC BANK NEVADA NA,
Defendant
_____/

Case No. 11-04831-SWR

**NOTICE OF WITHDRAWAL OF COMPLAINT**

Plaintiff dismisses the above adversary case as payment sought under the Complaint has been made in full by defendant.

Dated: March 21, 2011

/s/ Douglas S. Ellmann
Douglas S. Ellmann (P47413)
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103
(734) 668-4800
dse@ellmannlaw.com